**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


**MICHAEL JOSEPH MASON,**

    **Plaintiff,**
v.	                                  **CASE NO. 4:06-cv-00427-SPM-AK**

**PERRY POLICE DEPARTMENT,
TAYLOR COUNTY SHERIFF'S OFFICE,
L E WILLIAMS,**

    **Defendants.**
_____/

## REPORT AND RECOMMENDATION

Plaintiff filed a complaint in this cause on September 18, 2006, and was granted leave to proceed in forma pauperis. (Docs. 1 and 5). The complaint was reviewed and Plaintiff was directed to file an amended complaint stating his claims with more factual detail and specificity. (Doc. 6). When no amended complaint was filed by the time provided in the order, an Order to Show Cause was entered. (Doc. 8). Plaintiff moved for additional time to file an amended complaint (doc. 9), which was granted, and an amended complaint was ordered to be filed on December 15, 2006. (Doc. 10). Instead, Plaintiff responded with a letter and what appears to be either a copy of some of the pages of the original complaint or a proposed amended complaint that is substantially the same as the original complaint. None of the papers filed add anything to the Court's

understanding of what Plaintiff alleges happened to him, who did it, and what constitutional violations he claim occurred.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute.  Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962).  Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order.  Plaintiff has failed to comply with an order of this court requesting him to file an amended complaint setting forth in more detail what his claims against the defendants are and what happened to him.  (Doc. 6).  After reading his response to the Order to Show Cause (doc. 11), it does not appear to the undersigned that additional time will facilitate Plaintiff in coherently stating his claims.  Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this 26th Day of December, 2006.

s/ A Kornblum
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

No. 4:06CV427-SPM/AK